IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NETCHOICE, LLC, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | * |
| | *   Case No. 1:24-cv-02485-SDG |
| CHRISTOPHER M. CARR, in his | * |
| official capacity as Attorney General | * |
| of the State of Georgia, | * |
| | * |
| Defendant. | * |

# **DEFENDANT'S NOTICE OF APPEAL**

Notice is hereby given that Defendant Christopher M. Carr appeals to the United States Court of Appeals for the Eleventh Circuit from the Opinion and Order (Dkt. No. 29) entered on June 30, 2024, granting Plaintiff NetChoice, LLC's motion for a preliminary injunction (Dkt. No. 2), and from any and all prior orders, judgments, and rulings entered in this action leading to, underlying, or subsumed within the Opinion and Order.

Respectfully submitted, this 15th day of July, 2024.

| | | |
|---|---|---|
| | /s/ Stephen J. Petrany | |
| Logan Winkles                                136906 | Christopher M. Carr | 112505 |
| *Deputy Attorney General* | *Attorney General of Georgia* | |
| Amy Patterson                                887808 | Stephen J. Petrany | 718981 |
| *Senior Asst. Attorney General* | *Solicitor General* | |
| | Paul R. Draper | 262967 |
| | *Deputy Solicitor General* | |
| | Zachary A. Mullinax | 421415 |
| | *Assistant Attorney General* | |

Office of the Georgia
  Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Defendant Christopher M. Carr*

1

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, the undersigned counsel hereby certifies that the foregoing **NOTICE OF APPEAL** complies with the font and point selections approved by the Court in Local Rule 5.1C. This document was prepared on a computer using Times New Roman font (14 point).

This 15th day of July, 2024.

                                              */s/ Stephen J. Petrany*
                                              Stephen J. Petrany

## CERTIFICATE OF SERVICE

This is to certify that on July 15th, 2024, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Joyce Gist Lewis
Adam M. Sparks
Kana Anne Ellis Caplan
Taylor Cressler
Krevolin & Horst, LLC
1201 W. Peachtree St NW
One Atlantic Center Suite 3250
Atlanta. GA 30309

Erin E. Murphy
Paul D. Clement
James Y. Xi
Joseph J. DeMott
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

*Attorneys for Plaintiff NetChoice, LLC*

/s/ Stephen J. Petrany
Stephen J. Petrany

3